No. 393.   NATIONAL LABOR RELATIONS BOARD *v.* DENVER BUILDING & CONSTRUCTION TRADES COUNCIL ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *Louis Sherman, Martin F. O'Don-*

*oghue, Philip Hornbein, Jr., William E. Leahy* and *Wm. J. Hughes, Jr.* for respondents.